# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 17-CR-0457-MMA |
| Plaintiff, | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| MARIA DELGADO, | [Doc. No. 26] |
| Defendant. | |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice as to Defendant Maria Delgado.

**IT IS SO ORDERED AND ADJUDGED.**

DATE: 8/1/2017

HON. MICHAEL M. ANELLO
United States District Judge